UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL LORUSSO,
    Petitioner,

vs.                              Case No.:  1:25cv201/MCR/ZCB

PAM BONDI,
    Respondent.
_____/

### **ORDER**

The magistrate judge issued a Report and Recommendation on August 11, 2025.  (ECF No. 8).  The Court furnished the petitioner a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this order.

2. The second amended habeas petition under 28 U.S.C. § 2241 (ECF No. 5) is **DISMISSED** without prejudice as frivolous and based on *Younger* abstention.

3. A certificate of appealability is **DENIED**.

4. Petitioner's Motion for Reconsideration of the Report and Recommendation (ECF No. 9) is **DENIED**.

**DONE AND ORDERED** this 27th day of August 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**